**Olin EDSON and Merilee Edson, Appellants,**

v.

**VICTORIA MORTGAGE COMPANY, Respondent.**

**No. WD 47379.**

Missouri Court of Appeals, Western District.

Feb. 15, 1994.

Rehearing Denied March 29, 1994.

Bradley A. Constance, Constance, Stewart & Cook, Independence, for appellants.

Cynthia Clark Campbell, Campbell Law Firm, Lisa Koenig, Kansas City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

This is an appeal from a breach of a contract action between a lender (Victoria Mortgage Company) and borrower (Olin and Merilee Edson). The Edsons appeal on the grounds of sufficiency of the evidence. This court affirms finding sufficient evidence to support the judgment. Rule 84.16(b).